# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: BERTRAM, MICHAEL PHILLIP          §     Case No. 07-22620
          BERTRAM, CAROL                                §
                                                                          §
Debtor(s) BERTRAM, CAROLYN                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
JOHN E. GIERUM _____, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 20 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee. A hearing on the fee applications and any objection to the Final
Report will be held at 02:00pm on 01/27/2012 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/05/2011          By:  /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BERTRAM, MICHAEL PHILLIP | § | Case No. 07-22620 |
| BERTRAM, CAROL | § | |
| | § | |
| Debtor(s) BERTRAM, CAROLYN | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $  17,269.70

*and approved disbursements of*  $    184.63

*leaving a balance on hand of* [1]  $  17,085.07

**Balance on hand:**  $    17,085.07

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $    0.00
Remaining balance:  $  17,085.07

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,476.96 | 0.00 | 2,476.96 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 922.50 | 0.00 | 922.50 |

Total to be paid for chapter 7 administration expenses:  $    3,399.46
Remaining balance:  $    13,685.61

1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | | 0.00 |
| Remaining balance: | $ | | 13,685.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | | 0.00 |
| Remaining balance: | $ | | 13,685.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,881.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 41.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital Recovery One | 276.54 | 0.00 | 115.10 |
| 2 | First Midwest Bank | 6,285.05 | 0.00 | 2,615.84 |
| 3 | VISTA MEDICAL CENTER - EAST | 1,667.43 | 0.00 | 693.99 |
| 4 | Chase Bank USA,N.A | 274.23 | 0.00 | 114.13 |
| 5 | LVNV Funding LLC its successors and assigns as | 1,772.45 | 0.00 | 737.70 |
| 6 | LVNV Funding LLC its successors and assigns as | 1,630.00 | 0.00 | 678.41 |
| 7 | eCAST Settlement Corporation assignee of | 860.08 | 0.00 | 357.97 |
| 8 | Household Finance Corporation | 7,631.44 | 0.00 | 3,176.21 |
| 9 | Household Finance Corporation | 9,799.75 | 0.00 | 4,078.67 |

| 10 | eCAST Settlement Corporation assignee of | 458.78 | 0.00 | 190.94 |
| 11 | FIA Card Services, N.A./Bank of America | 2,226.11 | 0.00 | 926.51 |

Total to be paid for timely general unsecured claims:   $   13,685.47

Remaining balance:   $   0.14

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00

Remaining balance:   $   0.14

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00

Remaining balance:   $   0.14

**UST Form 101-7-NFR (10/1/2010)**

Prepared By:  /s/JOHN E. GIERUM
                                   Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 07-22620-ABG
Michael P. Bertram                                                              Chapter 7
Carol Bertram
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: arodarte          Page 1 of 3          Date Rcvd: Dec 06, 2011
                             Form ID: pdf006          Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2011.
db/jdb       Michael P. Bertram,   Carol Bertram,   851 E. Palmieri Cir.,   Waukegan, IL  60085
11786802     AR Resources,   P.O. Box 10336,   Jacksonville, FL 32247-0336
11786803     Aspire,   P.O. Box 23007,   Columbus, GA  31902-3007
11786805     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   P.O. Box 85015,   Richmond, VA  23285-5015)
11786822     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,   P.O. Box 1093,   Northridge, CA 91328-1093)
12053015     +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
11786807     First Midwest Bank,   P.O. Box 9003,   Gurnee, IL  60031-9003
11786809     +Household Finance,   P.O. Box 8603,   Elmhurst, IL 60126-8603
11786810     +Household Finance,   5101 Washington Street,   Gurnee, IL 60031-2988
11786811     Household Finance Corp,   P.O. Box 17574,   Baltimore, MD  21297-1574
12140857     Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
             Newark NJ 07193-5480
11786813     MRI,   Gurnee, IL 60031
11786814     Orchard Bank,   P.O. Box 81622,   Salinas, CA 93912-1622
11786815     +Professional Account Management,   P.O. Box 188,   Brentwood, TN 37024-0188
12007488     VISTA MEDICAL CENTER - EAST,   C/O MICHAEL I. MOSSMAN, ATTORNEY AT LAW,   P.O. BOX 330129,
             NASHVILLE, TN  37203-7501
11786817     +Vibhakar S. Shah,   222 Greenleaf Ave., Ste. 109,   Gurnee, IL 60031-5705
11786821     +Vista MR Institute,   60 S. Greenleaf St.,   Gurnee, IL 60031-3300
11786819     Vista Medical Center East,   P.O. Box 504316,   Saint Louis, MO 63150-4316
12140856     eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12599638     +E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2011 06:04:26    Capital Recovery One,
             25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12205140     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 07 2011 05:50:02
             FIA Card Services, N.A./Bank of America,   by American InfoSource L.P. as its agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11786812     +E-mail/PDF: cr-bankruptcy@kohls.com Dec 07 2011 06:04:09    Kohl's,   N56 W. 17000 Ridgewood Dr.,
             Menomonee Falls, WI 53051-7096
12110186     E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2011 03:45:28
             LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12110187     E-mail/Text: resurgentbknotifications@resurgent.com Dec 07 2011 03:45:28
             LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11848873     E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2011 06:04:26
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
11921589     +E-mail/PDF: rmscedi@recoverycorp.com Dec 07 2011 06:04:26
             Recovery Management Systems Corporation,   For GE Money Bank,   dba JCPENNEY CREDIT SERVICES,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11786816     E-mail/PDF: bankruptcy@senexco.com Dec 07 2011 06:05:42   Senex Services,
             3500 DePauw Blvd., Ste. 3050,   Indianapolis, IN 46268-6135
                                                                                    TOTAL: 8


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12140858*    Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
             Newark NJ 07193-5480
12142300*    eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
             Newark NJ 07193-5480
11786804     ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
11786806     ##+Condell Medical Center,   755 S. Milwaukee Avenue, Suite 127,   Libertyville, IL 60048-3267
11786808     ##+Home Depot,   P.O. Box 689100,   Des Moines, IA 50368-9100
11786818     ##+Vista Imaging Assoc.,   P.O. Box 6980,   Libertyville, IL 60048-6980
11786820     ##Vista Medical Center East,   99 Greenwood Ave.,   Waukegan, IL 60087-5136
                                                                            TOTALS: 0, * 2, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: arodarte          Page 2 of 3          Date Rcvd: Dec 06, 2011
                             Form ID: pdf006          Total Noticed: 27

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2011**                    **Signature:**

District/off: 0752-1        User: arodarte           Page 3 of 3            Date Rcvd: Dec 06, 2011
                           Form ID: pdf006           Total Noticed: 27

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2011 at the address(es) listed below:
          John E Gierum    on behalf of Trustee John Gierum jgierum@7trustee.net,
           joanne@gierummantas.com;karen@gierummantas.com
          John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
          Kenneth S Borcia    on behalf of Debtor Michael Bertram support@borcia.com,
           borcianotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 4