# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: BERTRAM, MICHAEL PHILLIP | § | Case No. 07-22620 |
| BERTRAM, CAROL | § | |
| | § | |
| Debtor(s) BERTRAM, CAROLYN | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $20,500.00 *(without deducting any secured claims)* | Assets Exempt: $20,500.00 |
| Total Distribution to Claimants:$13,685.88 | Claims Discharged Without Payment: $19,195.98 |
| Total Expenses of Administration:$3,584.09 | |

3) Total gross receipts of $      17,269.97     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $        0.00     (see **Exhibit 2** ), yielded net receipts of $17,269.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3 ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4 ) | 0.00 | 3,584.13 | 3,584.13 | 3,584.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5 ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6 ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 32,881.86 | 32,881.86 | 13,685.88 |
| **TOTAL DISBURSEMENTS** | $0.00 | $36,465.99 | $36,465.99 | $17,269.97 |

4) This case was originally filed under Chapter 7 on December 03, 2007. The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2012          By: /s/JOHN E. GIERUM
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Probate interest in real estate   (s) | 1129-000 | 17,239.93 |
| Interest Income | 1270-000 | 30.04 |
| **TOTAL GROSS RECEIPTS** | | **$17,269.97** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 2,477.00 | 2,477.00 | 2,476.96 |
| JOHN E. GIERUM | 2200-000 | N/A | 43.49 | 43.49 | 43.49 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 922.50 | 922.50 | 922.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.03 | 33.03 | 33.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 40.05 | 40.05 | 40.05 |

**UST Form 101-7-TDR (10/1/2010)**

| The Bank of New York Mellon | 2600-000 | N/A | -1.18 | -1.18 | -1.18 |
| The Bank of New York Mellon | 2600-000 | N/A | 35.24 | 35.24 | 35.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 34.00 | 34.00 | 34.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$3,584.13** | **$3,584.13** | **$3,584.09** |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery One | 7100-000 | N/A | 276.54 | 276.54 | 115.10 |
| 2 | First Midwest Bank | 7100-000 | N/A | 6,285.05 | 6,285.05 | 2,615.92 |
| 3 | VISTA MEDICAL CENTER - EAST | 7100-000 | N/A | 1,667.43 | 1,667.43 | 694.01 |
| 4 | Chase Bank USA,N.A | 7100-000 | N/A | 274.23 | 274.23 | 114.14 |
| 5 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 1,772.45 | 1,772.45 | 737.72 |
| 6 | LVNV Funding LLC its successors and assigns as | 7100-000 | N/A | 1,630.00 | 1,630.00 | 678.43 |
| 7 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 860.08 | 860.08 | 357.98 |
| 8 | Household Finance Corporation | 7100-000 | N/A | 7,631.44 | 7,631.44 | 3,176.31 |
| 9 | Household Finance Corporation | 7100-000 | N/A | 9,799.75 | 9,799.75 | 4,078.78 |
| 10 | eCAST Settlement Corporation assignee of | 7100-000 | N/A | 458.78 | 458.78 | 190.95 |
| 11 | FIA Card Services, N.A./Bank of America | 7100-000 | N/A | 2,226.11 | 2,226.11 | 926.54 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $0.00 | $32,881.86 | $32,881.86 | $13,685.88 |
| --- | --- | --- | --- | --- |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 07-22620 | **Trustee:** (520171)  JOHN E. GIERUM |
| **Case Name:** BERTRAM, MICHAEL PHILLIP | **Filed (f) or Converted (c):** 12/03/07 (f) |
| BERTRAM, CAROL | **§341(a) Meeting Date:** 01/04/08 |
| **Period Ending:** 06/09/12 | **Claims Bar Date:** 05/01/08 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Probate interest in real estate  (s) | 150,000.00 | 150,000.00 | | 17,239.93 | FA |
| 2 | Cash  (s) | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank deposit (s) | 50.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods (s) | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books, etc.  (s) | 35.00 | 0.00 | DA | 0.00 | FA |
| 6 | Clothing  (s) | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Furs & Jewelry  (s) | 40.00 | 0.00 | DA | 0.00 | FA |
| 8 | Sports & Hobby equipment  (s) | 25.00 | 0.00 | DA | 0.00 | FA |
| 9 | Union Retirement  (s) | Unknown | Unknown | DA | 0.00 | FA |
| 10 | 200 Dodge  (s) | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | 1979 Mobile Home (s) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 30.04 | FA |
| 12 | Assets   Totals (Excluding unknown values) | $170,500.00 | $150,000.00 | | $17,269.97 | $0.00 |

**Major Activities Affecting Case Closing:**

awaiting checks to clear bank

**Initial Projected Date Of Final Report (TFR):** December 31, 2011    **Current Projected Date Of Final Report (TFR):** December 5, 2011  (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-22620 |
| **Case Name:** | BERTRAM, MICHAEL PHILLIP |
| | BERTRAM, CAROL |
| **Taxpayer ID #:** | **-***4627 |
| **Period Ending:** | 06/09/12 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****58-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 06/11/08 | {1} | First American Title Insuance Company | SALE PROCEEDS | 1129-000 | 17,239.93 | | 17,239.93 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.27 | | 17,241.20 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.19 | | 17,243.39 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.05 | | 17,245.44 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.26 | | 17,247.70 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.88 | | 17,249.58 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.35 | | 17,250.93 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.22 | | 17,252.15 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,252.85 |
| 02/19/09 | | To Account #*******5866 | BOND REIMBURSEMENT | 9999-000 | | 15.01 | 17,237.84 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 17,238.49 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,239.24 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,239.94 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,240.61 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 17,241.36 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,242.08 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,242.80 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,243.50 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,244.20 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,244.92 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 17,245.64 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.68 | | 17,246.32 |
| 02/12/10 | | To Account #********5866 | TRANSFER OF FUNDS | 9999-000 | | 13.42 | 17,232.90 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 17,233.55 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 17,234.32 |
| 04/20/10 | Int | | Current Interest Rate is 0.0500% | 1270-000 | 0.44 | | 17,234.76 |
| 04/20/10 | | Wire out to BNYM account 9200******5865 | Wire out to BNYM account 9200******5865 | 9999-000 | -17,234.76 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 28.43 | 28.43 | $0.00 |
| Less: Bank Transfers | | -17,234.76 | 28.43 | |
| **Subtotal** | | 17,263.19 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$17,263.19** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-22620 |
| Case Name: | BERTRAM, MICHAEL PHILLIP |
| | BERTRAM, CAROL |
| Taxpayer ID #: | **-***4627 |
| Period Ending: | 06/09/12 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****58-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/19/09 | | From Account #********5865 | BOND REIMBURSEMENT | 9999-000 | 15.01 | | 15.01 |
| 02/19/09 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #07-22620, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 15.01 | 0.00 |
| 02/12/10 | | From Account #********5865 | TRANSFER OF FUNDS | 9999-000 | 13.42 | | 13.42 |
| 02/12/10 | 102 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 07-22620 | 2200-000 | | 13.42 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 28.43 | 28.43 | $0.00 |
| Less: Bank Transfers | 28.43 | 0.00 |
| Subtotal | 0.00 | 28.43 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $28.43 |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-22620 |
| Case Name: | BERTRAM, MICHAEL PHILLIP |
| | BERTRAM, CAROL |
| Taxpayer ID #: | **-***4627 |
| Period Ending: | 06/09/12 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******58-65 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | Wire in from JPMorgan Chase Bank, N.A. account ********5865 | 9999-000 | 17,234.76 | | 17,234.76 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.36 | | 17,235.12 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.02 | | 17,236.14 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 17,237.13 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.03 | | 17,238.16 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.02 | | 17,239.18 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,239.32 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,239.46 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,239.60 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,239.74 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,239.88 |
| 02/04/11 | | To Account #9200******5866 | TRANSFER OF FUNDS | 9999-000 | | 15.06 | 17,224.82 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,224.95 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,225.09 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,225.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,225.37 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,225.51 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,225.65 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.03 | 17,192.62 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,192.76 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.05 | 17,152.71 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.18 | 17,153.89 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,154.03 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 35.24 | 17,118.79 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,118.93 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 34.00 | 17,084.93 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,085.07 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,085.21 |
| 01/27/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.13 | | 17,085.34 |
| 01/27/12 | | To Account #9200******5866 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 17,085.34 | 0.00 |

| | | |
|---|---|---|
| Subtotals : | $17,241.54 | $17,241.54 |

{} Asset reference(s)

Printed: 06/09/2012 12:03 PM    V.13.02

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-22620 | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|
| Case Name: | BERTRAM, MICHAEL PHILLIP | Bank Name: | The Bank of New York Mellon |
| | BERTRAM, CAROL | Account: | 9200-******58-65 - Checking Account |
| Taxpayer ID #: | **-***4627 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 17,241.54 | 17,241.54 | $0.00 |
| | | | Less: Bank Transfers | | 17,234.76 | 17,100.40 | |
| | | | Subtotal | | 6.78 | 141.14 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $6.78 | $141.14 | |

{} Asset reference(s)

Printed: 06/09/2012 12:03 PM    V.13.02

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-22620 |
| **Case Name:** | BERTRAM, MICHAEL PHILLIP |
| | BERTRAM, CAROL |
| **Taxpayer ID #:** | **-***4627 |
| **Period Ending:** | 06/09/12 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******58-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******5865 | TRANSFER OF FUNDS | 9999-000 | 15.06 | | 15.06 |
| 02/07/11 | 10103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #07-22620, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 15.06 | 0.00 |
| 01/27/12 | | From Account #9200******5865 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 17,085.34 | | 17,085.34 |
| 02/01/12 | 10104 | JOHN E. GIERUM | Dividend paid 100.00% on $2,477.00, Trustee Compensation; Reference: | 2100-000 | | 2,476.96 | 14,608.38 |
| 02/01/12 | 10105 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $922.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 922.50 | 13,685.88 |
| 02/01/12 | 10106 | Capital Recovery One | First and Final Distribution | 7100-000 | | 115.10 | 13,570.78 |
| 02/01/12 | 10107 | First Midwest Bank | First and Final Distribution | 7100-000 | | 2,615.92 | 10,954.86 |
| 02/01/12 | 10108 | VISTA MEDICAL CENTER - EAST | First and Final Distribution | 7100-000 | | 694.01 | 10,260.85 |
| 02/01/12 | 10109 | Chase Bank USA,N.A | First and Final Distribution | 7100-000 | | 114.14 | 10,146.71 |
| 02/01/12 | 10110 | LVNV Funding LLC its successors and assigns as | First and Final Distribution | 7100-000 | | 737.72 | 9,408.99 |
| 02/01/12 | 10111 | LVNV Funding LLC its successors and assigns as | First and Final Distribution | 7100-000 | | 678.43 | 8,730.56 |
| 02/01/12 | 10112 | eCAST Settlement Corporation assignee of | First and Final Distribution | 7100-000 | | 357.98 | 8,372.58 |
| 02/01/12 | 10113 | Household Finance Corporation | First and Final Distribution | 7100-000 | | 3,176.31 | 5,196.27 |
| 02/01/12 | 10114 | Household Finance Corporation | First and Final Distribution | 7100-000 | | 4,078.78 | 1,117.49 |
| 02/01/12 | 10115 | eCAST Settlement Corporation assignee of | First and Final Distribution | 7100-000 | | 190.95 | 926.54 |
| 02/01/12 | 10116 | FIA Card Services, N.A./Bank of America | First and Final Distribution | 7100-000 | | 926.54 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 17,100.40 | 17,100.40 | $0.00 |
| Less: Bank Transfers | 17,100.40 | 0.00 | |
| **Subtotal** | 0.00 | 17,100.40 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $17,100.40 | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-22620 |
| Case Name: | BERTRAM, MICHAEL PHILLIP |
| | BERTRAM, CAROL |
| Taxpayer ID #: | **-***4627 |
| Period Ending: | 06/09/12 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******58-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****58-65 | 17,263.19 | 0.00 | 0.00 |
| Checking # ***-*****58-66 | 0.00 | 28.43 | 0.00 |
| Checking # 9200-******58-65 | 6.78 | 141.14 | 0.00 |
| Checking # 9200-******58-66 | 0.00 | 17,100.40 | 0.00 |
| | $17,269.97 | $17,269.97 | $0.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0610, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

10104

TIN #520171                                                          90-249/433

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

| Case | Debtor |
|------|--------|
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |

Dividend paid 100.00% on $2,477.00, Trustee Compensation; Reference

Date    02/01/2012         $ ********2,476.96

---Two Thousand Four Hundred Seventy-Six Dollars and 96/100

Pay to the
Order of   JOHN E. GIERUM
           SUITE 1015
           9700 WEST HIGGINS ROAD
           ROSEMONT IL 60018

                                        JOHN E. GIERUM, Trustee

⑈00010104⑈ ⑆043302493⑆ 200073854586⑈        ⑈00002476.96⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0610, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

10105

TIN #520171                                                          90-249/433

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

| Case | Debtor |
|------|--------|
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |

Dividend paid 100.00% on $922.50, Amount for Trustee Fees (Other Firm)
Reference

Date    02/01/2012         $ ********922.50

---Nine Hundred Twenty-Two Dollars and 50/100

Pay to the
Order of   Lois West, Popowcer Katten, Ltd.
           33 East Wacker Drive
           Suite 1550
           Chicago IL 60601-2124

                                        JOHN E. GIERUM, Trustee

⑈00010105⑈ ⑆043302493⑆ 200073854586⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    10106
60-249/433

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

| Case | Debtor |
|---|---|
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |

First and Final Distribution

Date    02/01/2012          $ *********115.10

---One Hundred Fifteen Dollars and 10/100

Pay to the Order of
Capital Recovery One
55 SE 2nd Avenue, Suite 1120,
Miami FL 33131

JOHN E. GIERUM, Trustee

⑈000ı0ı06⑈ ⑆043302493⑆9200073854586⑈

>267090594<
BankUnited #014
2012-02-09
014832925

CAPITAL RECOVERY LLC

---

**Check Number: 10107          Pay Date: 02/17/2012  Amount: $2,615.92**

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS          10107
60-249/433

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

| Case | Debtor |
|---|---|
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |

First and Final Distribution

Date    02/01/2012          $ *******2,615.92

---Two Thousand Six Hundred Fifteen Dollars and 92/100

Pay to the Order of
First Midwest Bank
P.O. Box 9003
Gurnee IL 60031-9003

JOHN E. GIERUM, Trustee

⑈000ı0ı07⑈ ⑆043302493⑆9200073854586⑈

1 418 20120216 6 3 0810 GURNE-LOAN310

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                     10108
                                        90-249/433

| Case | Debtor |
| --- | --- |
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |
| First and Final Distribution | |

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date   02/01/2012        $ *********694.01

---Six Hundred Ninety-Four Dollars and 01/100

Pay to the Order of
VISTA MEDICAL CENTER - EAST
C/O MICHAEL I. MOSSMAN, ATTORNEY AT LAW
P.O. BOX 330129
NASHVILLE TN 37203-7501

JOHN E. GIERUM, Trustee

⑈00010108⑈ ⑆04330 2493⑈9 2000 738 545866⑈

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                     10109
                                        90-249/433

| Case | Debtor |
| --- | --- |
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |
| First and Final Distribution | |

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date   02/01/2012        $ *********114.14

---One Hundred Fourteen Dollars and 14/100

Pay to the Order of
Chase Bank USA,N.A
c/o Creditors Bankruptcy Service
P O Box 740933
Dallas TX 75374

JOHN E. GIERUM, Trustee

⑈00010109⑈ ⑆04330 2493⑈9 2000 738 545866⑈   ⑈00000 114 14⑈



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0610, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    10110

Case:
07-22620 ABG                    Debtor:                    TIN #320171
9200073854586                    BERTRAM, MICHAEL PHILLIP          JOHN E. GIERUM
First and Final Distribution          BERTRAM, CAROL                SUITE 1015
                                                             9700 WEST HIGGINS ROAD
                                                             ROSEMONT IL 60018

369633091                    Date    02/01/2012    $ ********737.72

---Seven Hundred Thirty-Seven Dollars and 72/100

Pay to the
Order of    LVNV Funding LLC its successors and assigns as
            assignee of Washington Mutual
            Resurgent Capital Services, PO Box 10587
            Greenville SC 29603-0587

                                                        JOHN E. GIERUM, Trustee

⑈000₁0₁₁0⑈ ⑆0₄₃₃0₂₄₉₃⑆ ⑈200073854586⑈

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0610, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    10111

Case:
07-22620 ABG                    Debtor:                    TIN #320171
9200073854586                    BERTRAM, MICHAEL PHILLIP          JOHN E. GIERUM
First and Final Distribution          BERTRAM, CAROL                SUITE 1015
                                                             9700 WEST HIGGINS ROAD
                                                             ROSEMONT IL 60018

365622791                    Date    02/01/2012    $ ********678.43

---Six Hundred Seventy-Eight Dollars and 43/100

Pay to the
Order of    LVNV Funding LLC its successors and assigns as
            assignee of Citibank
            Resurgent Capital Services, PO Box 10587
            Greenville SC 29603-0587

                                                        JOHN E. GIERUM, Trustee

⑈000₁0₁₁₁⑈ ⑆0₄₃₃0₂₄₉₃⑆ ⑈200073854586⑈



Check Number: 10113     Pay Date: 02/09/2012  Amount: $3,176.31

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0210, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    10114
60-249/433

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

| Case | Debtor |
|------|--------|
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |
| First and Final Distribution | |

Date    02/01/2012        $ ********4,078.78

---Four Thousand Seventy-Eight Dollars and 78/100

Pay to the Order of  Household Finance Corporation
by eCAST Settlement Corporation
as its agent, POB 35480
Newark NJ 07193-5480

JOHN E. GIERUM, Trustee

#000101114#  #043302493#92000738545866#  /00000407878/

JPMORGANCHASE BK NA        CR TO HND
020912    >074909962<      PAYEE ALL
15910282      0035480      RTS REVD
00655552   116   00

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

THE BANK OF NEW YORK MELLON
500 Ross Street, Suite 154-0210, Pittsburgh, PA 15262

VOID AFTER 90 DAYS                    10115
60-249/433

TID #520171
JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

| Case | Debtor |
|------|--------|
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |
| First and Final Distribution | |

Date    02/01/2012        $ *********190.95

---One Hundred Ninety Dollars and 95/100

Pay to the Order of  eCAST Settlement Corporation assignee of
HSBC Bank Nevada and its Assigns
POB 35480
Newark NJ 07193-5480

JOHN E. GIERUM, Trustee

#000101115#  #043302493#92000738545866#  /00000190957/

JPMORGANCHASE BK NA        CR TO HND
020912    >074909962<      PAYEE ALL
15910282      0035480      RTS REVD
00655552   113   00

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS**

10118

60-248 / 433

TID #520171

| Case | Debtor |
|------|--------|
| 07-22620 ABG | BERTRAM, MICHAEL PHILLIP |
| 92000738545866 | BERTRAM, CAROL |
| First and Final Distribution | |

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT IL 60018

Date   02/01/2012     $ **********926.54

~~~Nine Hundred Twenty-Six Dollars and 54/100

Pay to the
Order of   FIA Card Services, N.A./Bank of America
by American InfoSource L.P. as its agent
4515 N Santa Fe Ave
Oklahoma City OK 73118-7901

JOHN E. GIERUM, Trustee

⑈000110118⑈ ⑆043302493⑉9200073854586⑈

MidFirst Bank    303087995    1087700000098
80

FOR DEPOSIT ONLY
AMERICAN INFOSOURCE LP
AT MIDFIRST BANK